IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DOREATHIA HARGROW MABRY
AND JESSIE MABRY                                                                  PLAINTIFFS

VERSUS                                                    CIVIL ACTION NO. 2:07CV129-P-A

VANN C. SEELEY AND
SAFECO INSURANCE COMPANY
OF AMERICA                                                                        DEFENDANTS

## ORDER

This cause is before the Court on defendant Safeco Insurance Company of America's Motion to Dismiss Claim Pursuant to F.R.C.P. 12(b)(6). The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted for the reasons set forth in the defendant's motion. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Safeco Insurance Company of America's Motion to Dismiss Claim Pursuant to F.R.C.P. 12(b)(6) is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED AND ADJUDGED that defendant Safeco Insurance Company of America is hereby DISMISSED WITH PREJUDICE as a party defendant.

SO ORDERED, this the 26th day of March, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE