IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DOREATHIA HARGROW MABRY
AND JESSIE MABRY                                                          PLAINTIFFS

VERSUS                                            CIVIL ACTION NO. 2:07CV129-P-A

VANN C. SEELEY AND
SAFECO INSURANCE COMPANY
OF AMERICA                                                                DEFENDANT

**ORDER**

This cause is before the Court on defendant Seeley' Motion to Dismiss for Lack of Personal Jurisdiction [27]. The Court, having reviewed the motion, the response, the briefs of the parties, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered contemporaneously herewith, the Court finds that the defendant's motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Seeley's Motion to Dismiss [27] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 3rd day of April, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE